# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SHAMAR GRANBERRY,**

    Petitioner,

    V.        CASE NUMBER: **03-C-340**

**MATTHEW J. FRANK,**
**Secretary of the Wisconsin Department of Corrections**,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Shamar Granberry's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED as untimely. This action is hereby DISMISSED.**

   **October 5, 2005**            **SOFRON B. NEDILSKY**
Date                                             Clerk

                                                         s/ Linda M. Zik

                                                         (By) Deputy Clerk